# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:07CR96

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| JOHN SHEDRICK CARSON, JR. ) | |

**THIS MATTER** is before the Court on the Defendant's appeal from the denial by the Magistrate Judge of his motion for pretrial release on bond.

The Defendant has been charged in a one count bill of indictment of conspiracy to possess with intent to distribute at least 50 grams of cocaine base, which carries a maximum punishment of not less than 10 years or more than life imprisonment and a $4 million fine, or both. His trial is scheduled to begin January 7, 2008. The Defendant's appeal from the Magistrate Judge's order of detention does not state any grounds for the relief sought and, as a result, the appeal is summarily denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's appeal is **DENIED**, and the Magistrate Judge's order of detention is **AFFIRMED.**

Signed: November 14, 2007

Lacy H. Thornburg
United States District Judge